UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANCE REBERGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13-cv-00378-MMD-WGC<br><br>ORDER |

The Court ordered plaintiff to pay the filing fee in full because on at least three prior occasions this Court has dismissed for failure to state a claim upon which relief can be granted, as frivolous, or as malicious actions commenced by plaintiff while he was a prisoner. Order (dkt. no. 4). Petitioner has not complied with the Court's order within the allotted time.

It is therefore ordered that this action is dismissed for plaintiff's failure to pay the filing fee. The Clerk of the Court shall enter judgment accordingly.

It is further ordered that an appeal from the dismissal of this action would not be taken in good faith.

DATED THIS 9th day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE